Uzma Iqbal
81 Fairway Avenue
Staten Island, New York 10304

February 23, 2011

To Whom It may Concern,

This is to verify that I, Uzma Iqbal am not working. I have not worked for the past six years.

I am a stay at home mother taking care of the children.

My husband is the only person in my household who is currently working. I rely solely on my husbands income for living expenses and to pay the bills.

Yours truly,

*[signature]*
Uzma Iqbal

Sworn to before me this
23rd day of February, 2011

*[signature]*
Notary Public

*[Notary seal: PATRICK CHRISTOPHER, NOTARY PUBLIC, STATE OF NEW YORK, No. 02CH4674272, My Comm. Expires October 31, 2010]*